

**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

July 15, 2024

**VIA ECF**
Hon. J. Brendan Day, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**Re:**   *Intra-Cellular Therapies, Inc. v. Aurobindo Pharma Ltd. et. al*, 3:24-cv-04264
*Intra-Cellular Therapies, Inc. v. Alkem Laboratories Ltd.*, 3:24-cv-04312
*Intra-Cellular Therapies, Inc. v. Dr. Reddys Laboratories, Inc. et. al*, 3:24-cv-04314
*Intra-Cellular Therapies, Inc. v. Hetero USA, Inc. et. al*, 3:24-cv-04317
*Intra-Cellular Therapies, Inc. v. MSN Laboratories Pte. Ltd.*, 3:24-cv-04325
*Intra-Cellular Therapies, Inc. v. Sandoz Inc.*, 3:24-cv-04327
*Intra-Cellular Therapies, Inc. v. Zydus Pharms. (USA) Inc. et. al*, 3:24-cv-04330

Dear Judge Day:

Our firm, together with Williams & Connolly LLP, represents Plaintiff Intra-Cellular Therapies, Inc. in the above-referenced matters. Pursuant to your Honor's June 14, 2024 Orders, enclosed please find the parties' Proposed Joint Discovery Plan for the above-matters.

We are available should Your Honor or Your Honor's staff have any questions and appreciate the Court's attention to these matters. We look forward to discussing these matters with Your Honor at the Initial Conference scheduled for July 29, 2024 at 10:00 a.m.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

Encl.
cc:   All Counsel of Record (via ECF & email)